IN CLERKS OFFICE



# UNITED STATES DISTRICT COURT

2023 MAY 26 PM 2:54

for the

District of Massachusetts

U.S. DISTRICT COURT DISTRICT OF MASS.

HW Lee, Pro Se

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

VBC (Volumetric Building Companies); VBC/Studio; Vaughan Buckley, Sam Tikriti, Sara Ann Logan

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HW Lee |
| Street Address | 60 Rantoul St |
| City and County | Beverly |
| State and Zip Code | MA 01915 |
| Telephone Number | 617-717-8000 |
| E-mail Address | hwlhome@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | VBC (Vaughan Buckley Construction) |
| Job or Title *(if known)* | |
| Street Address | 6128 Ridge Ave |
| City and County | Philadelphia |
| State and Zip Code | Pennsylvania |
| Telephone Number | 800-674-9340 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | VBC/ Studio and Sara Ann Logan (Vice President of VBC) |
| Job or Title *(if known)* | |
| Street Address | 285 Washington Street |
| City and County | Somerville |
| State and Zip Code | MA 02143 |
| Telephone Number | 617-936-3482 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Vaughan Buckley (CEO) and Sam Tikriti (President) |
| Job or Title *(if known)* | |
| Street Address | 6128 Ridge Ave |
| City and County | Philadelphia |
| State and Zip Code | Pennsylvania |
| Telephone Number | 800-674-9340 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Unlawful Employment Practices: hostile work environment, unethical practice, race/ national origin discrimination,age discrimination, harassment, and retaliation by Defendants in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et.seq, as well as state-law claims arising out of the same including Massachusetts Anti-Discrimination Act, Mass. Gen. Laws ch. 15 IB.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Heewon Lee, is a citizen of the State of *(name)* Massachusetts.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* VBC (Volumetric Building Construction), is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts/ Pennsylvania.
Or is incorporated under the laws of *(foreign nation)* ______,
and has its principal place of business in *(name)* VBC/Studio.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
The amount is over 1.8 million due to damages to wages and benefits as well as multi-million contribution to the VBC which results in hundreds of millions for the VBC's future financial gains.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Heewon Lee ("Plaintiff") brings this suit as Pro Se to challenge hostile work environment, unethical practice, race/ national origin discrimination, age discrimination, harassment, and retaliation by Defendants, Volumetric Construction Companies and VBC Studio in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et.seq, as well as state-law claims arising out of the same including Massachusetts Anti-Discrimination Act, Mass. Gen. Laws ch. 15 IB.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is reasonably certain to continue to suffer such damages in the future The VBC owned by Vaughan Buckley has more than 500 employees all over the world. According to U.S. EEOC, For employers with more than 500 employees, the limit is $300,000. The VBC and VBC/Studio are responsible for hostile work environment, harassment, unethical practices, age discrimination, race/ national origin discrimination, and retaliation. Plaintiff seeks for relief of $300,000 per each violation of 6 claim counts with total 1.8 million in consideration of Plaintiff's multi-million contribution to the VBC's current and future financial success.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/26/2023

Signature of Plaintiff

Printed Name of Plaintiff HW Lee

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address